Case 3:23-cv-00252   Document 15   Filed on 06/16/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 16, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

No. 3:23-cv-252

Dwight D. Rosamond, TDCJ #02308078, Plaintiff,

v.

Bobby Lumpkin, Defendant.

## ORDER OF DISMISSAL

Jeffrey Vincent Brown, United States District Judge.

Plaintiff Dwight D. Rosamond, a Texas state inmate, filed an amended complaint under 42 U.S.C. § 1983, alleging violations of his civil rights. On May 8, 2025, the court entered an order for Rosamond to submit a more definite statement of the facts involved in this action within 30 days. Dkt. 14. The order expressly warned Rosamond that his case could be dismissed if he failed to comply as directed.

Rosamond has neither responded to the court's order nor otherwise complied. Rosamond's failure to pursue this action forces the court to conclude that he lacks due diligence. Therefore, under the inherent powers necessarily vested in a court to manage its own affairs, this court determines

1/ 2

that dismissal for want of prosecution is appropriate. *See* Fed. R. Civ. P. 41(b); *Larson v. Scott*, 157 F.3d 1030 (5th Cir. 1998) (noting that a district court may *sua sponte* dismiss an action for failure to prosecute or to comply with any court order). Rosamond is advised that upon a proper showing of good cause for his failure to comply with the court's order for a more definite statement, relief from this order may be granted in accordance with Rule 60(b) of the Federal Rules of Civil Procedure. At a minimum, any motion filed under Rule 60(b) must be accompanied by a more definite statement.

Accordingly, it is **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

Signed on Galveston Island this  16th  day of  June         , 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE